GENA TANNOIA *v.* BLUE RIBBONS
ENTERPRISES, INC., ET AL.
(6305)

BORDEN, DALY and NORCOTT, Js.
Submitted on briefs May 9—decision released May 19, 1988

*Frank J. Mongillo, Jr.,* filed a brief for the appellant (named defendant).

*James M. O'Connor* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.